IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Arroyo, Elizabeth | Case Number: 07 B 12525 |
|---|---|---|
| | Arroyo, Israel | Judge: Hollis, Pamela S |
| | Printed: 2/5/08 | Filed: 7/13/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: October 22, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,325.20 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,525.00 |
| Trustee Fee: |  | 144.13 |
| Other Funds: |  | 656.07 |
| Totals: | 3,325.20 | 3,325.20 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | David C Nelson | Administrative | 2,525.00 | 2,525.00 |
| 2. | AMC Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | AMC Mortgage Services Inc | Secured | 36,787.99 | 0.00 |
| 4. | Capital One | Unsecured | 749.08 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 12,981.78 | 0.00 |
| 6. | Federated Retail Holdings Inc | Unsecured | 591.21 | 0.00 |
| 7. | Blair Corporation | Unsecured |  | No Claim Filed |
| 8. | Bank Of America | Unsecured |  | No Claim Filed |
| 9. | Department Stores Nation | Unsecured |  | No Claim Filed |
| 10. | FCNb N News | Unsecured |  | No Claim Filed |
| 11. | Hsbc Nv | Unsecured |  | No Claim Filed |
| 12. | GEMB | Unsecured |  | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 53,635.06 | $ 2,525.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 144.13 |
| | _____ |
| | $ 144.13 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Arroyo, Elizabeth  
Arroyo, Israel  
Printed: 2/5/08

Case Number: 07 B 12525  
Judge: Hollis, Pamela S  
Filed: 7/13/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

